IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAVIS RAY THOMPSON,

        Plaintiff,        CV F 07 0572 LJO WMW P

   vs.                      ORDER RE MOTION (DOC 8)

SCOTT KERNAN, et al.,

        Defendants.

     Plaintiff has filed a motion for leave to file an amended complaint. Plaintiff lodged a proposed amended complaint. Plaintiff's proposed amended lodged on July 17, 2008, consists of two pages of argument that supports his motion, and a copy of an order entered by the U.S. District for the Southern District of California.

     Plaintiff is advised that the court cannot refer to a prior pleading in order to make plaintiff's amended complaint complete. Local Rule 15-220 requires that an amended complaint be complete in itself without reference to any prior pleading. This is because, as a general rule, an amended complaint supersedes the original complaint. See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967). Once plaintiff files an amended complaint, the original pleading no longer serves any function in the case. Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to file an amended complaint is granted; and

2. Plaintiff is granted thirty days from the date of service of this order to file a first amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned this case and must be labeled "First Amended Complaint."  Failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed for failure to prosecute.

 IT IS SO ORDERED.

**Dated:     November 19, 2007**               /s/  **William M. Wunderlich**
                                               UNITED STATES MAGISTRATE JUDGE