IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAVIS RAY THOMPSON,

    Plaintiff,        CV F 07 0572 LJO WMW P

vs.                  ORDER RE MOTION (DOC 8)

SCOTT KERNAN, et al.,

    Defendants.

    Plaintiff has filed a motion for leave to file an amended complaint. Subsequently, the Court granted Plaintiff leave to file an amended complaint, which is due February 11, 2008. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for leave to file an amended complaint filed on July 18, 2007, is denied as moot.

IT IS SO ORDERED.

**Dated:   January 28, 2008**          /s/ **William M. Wunderlich**
                                                UNITED STATES MAGISTRATE JUDGE