**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS RAY THOMPSON,<br><br>  Plaintiff,<br><br>  v.<br><br>SCOTT KERNAN, et al.,<br><br>  Defendants.<br>_____ / | CASE NO. 1:07-cv-00572-YNP PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 31) |

Plaintiff Travis Ray Thompson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's Third Amended Complaint filed on July 13, 2009. The Court screened Plaintiff's Third Amended Complaint pursuant to 28 U.S.C. § 1915A, and found that it states cognizable claims against Defendants Alvarez and Redenius for use of excessive force in violation of the Eighth Amendment.[1] Fed. R. Civ. P. 8(a); Erickson v. Pardus, 551 U.S. 89, 93-94 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

 1. Service is appropriate for the following defendants:

  ALVAREZ

  REDENIUS

///

---

[1] In an order issued concurrently with this order, the Court dismissed all other claims in Plaintiff's Third Amended Complaint for failure to state a claim.

1

2. The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the Third Amended Complaint filed July 13, 2009.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Three (3) copies of the endorsed Third Amended Complaint filed July 13, 2009.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:**   **October 5, 2009**              /s/ Sandra M. Snyder
                                                         UNITED STATES MAGISTRATE JUDGE