# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TRAVIS RAY THOMPSON, | CASE NO. 1:07-cv-00572-SKO PC |
|---|---|
| Plaintiff, | ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED |
| v. | |
| SCOTT KERNAN, et al., | |
| Defendants. | |

Plaintiff Travis Ray Thompson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 6, 2009, the Court ordered Plaintiff to submit service documents to the Court to facilitate service of Plaintiff's complaint on Defendants Alvarez and Redenius. (Doc. #34.) Plaintiff was ordered to submit the service documents within thirty (30) days from the date of service of that order. Plaintiff has not submitted the service documents. Plaintiff was explicitly informed that the failure to comply with the Court's order would result in dismissal of this action.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE within thirty (30) days of the date of service of this order why this action should not be dismissed based on Plaintiff's failure to comply with the Court's order.

IT IS SO ORDERED.

Dated:   April 21, 2010                    /s/ Sheila K. Oberto
                                           UNITED STATES MAGISTRATE JUDGE

1