IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS RAY THOMPSON,<br><br>              Plaintiff,<br><br>     vs.<br><br>SCOTT KERNAN, et. al,<br><br>              Defendants.<br>_____/ | 1:07-cv-0572-OWW-SMS (PC)<br><br>ORDER GRANTING FIRST MOTION<br>TO EXTEND TIME TO RESPOND<br><br>(ECF No. 79) |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 17, 2011, defendant filed a motion to extend time to respond to plaintiff's second set of discovery requests. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Defendant is granted thirty (30) days from the date of service of the final order on defendant's motion to dismiss in which to respond to plaintiff's second set of discovery requests.

    IT IS SO ORDERED.

**Dated:   May 18, 2011**                                     **/s/ Sandra M. Snyder**
                                                             UNITED STATES MAGISTRATE JUDGE