# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS RAY THOMPSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALVAREZ, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-00572-OWW-SMS PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR TRANSCRIPTS AT GOVERNMENT EXPENSE<br><br>(ECF No. 96) |

　　　　Plaintiff Travis Ray Thompson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 19, 2011, Plaintiff filed a motion seeking transcripts at the government's expense. The Court of Appeals will request the record from this court as needed and the transcripts will be transmitted electronically when requested by the appellate court.

　　　　Plaintiff complains that his filed third amended complaint is missing page 6 of 31, which he filed with the Court. A review of Plaintiff's third amended complaint shows that the scanned document is missing page 6 which was included in the complaint. The Court has had the missing page inserted into the electronic file.

　　　　For these reasons, Plaintiff's motion is HEREBY DENIED.

　　　　IT IS SO ORDERED.

**Dated:　　July 21, 2011**　　　　　　　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1