# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS RAY THOMPSON,<br><br>        Plaintiff,<br><br>  v.<br><br>SCOTT KERNAN, et al.,<br><br>        Defendants. | 1:07-00572-AWI- BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR TRANSCRIPTS AT GOVERNMENT EXPENSE<br><br>(ECF No. 117) |

      Plaintiff Travis Ray Thompson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. On September 7, 2012, Plaintiff filed a motion for conformed copy of his Fourth Amended Complaint, which was stricken from the record on August 23, 2012. (ECF No. 117.) Plaintiff reportedly sought a copy of his stricken complaint in order to resubmit his Fourth Amended Complaint in compliance with this Court's order.

      On February 6, 2013, Plaintiff lodged a Fourth Amended Complaint. (ECF No. 132.) On February 27, 2013, the Court again struck Plaintiff's complaint, but granted him an additional thirty days to file an amended complaint. (ECF No. 133.) On March 29, 2013, Plaintiff filed his Fourth Amended Complaint. (ECF No. 135.)

Given Plaintiff's ability to file and/or to lodge his Fourth Amended Complaint on multiple occasions after filing his motion, his request for a copy of a previous version of his complaint is no longer necessary. Accordingly, Plaintiff's motion for transcripts at government expense is DENIED.

IT IS SO ORDERED.

Dated:   **April 4, 2013**                                         /s/ *Barbara A. McAuliffe*
                                                                              UNITED STATES MAGISTRATE JUDGE